be affirmed, with costs, and the appeal from an order granting a new trial of defendant's counterclaim dismissed, without costs.

HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ., concur.

Judgment accordingly.

---

ALEXANDER LAVINE, Appellant, *v.* UNITED PAPER BOARD COMPANY, Respondent.

*Negligence — action to recover for injuries from slipping on floor — failure of proof of negligence.*

Lavine v. *United Paper Board Co.*, 217 App. Div. 709, affirmed.
(Argued October 11, 1926; decided November 16, 1926.)

APPEAL from a judgment, entered June 7, 1926, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff while in defendant's mill to deliver goods sold, slipped and fell to the floor receiving the injuries complained of. He testified that the substance which caused his fall was slippery, sticky, slimy stuff but offered no proof as to how it had got on the floor, as to how long it had been there or that the condition was due to negligence or omission on the part of defendant.

*Charles L. Hoey* and *Walter P. Butler* for appellant.
*John J. Conners, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, Mc-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.